Interim Decision #1567

## MATTER OF SALAMA

### In Deportation Proceedings

### A-10753303

*Decided by Board March 28, 1966*

Respondent's application under section 243(h), Immigration and Nationality Act, as amended, to withhold deportation to the United Arab Republic (Egypt) is granted since he, a person of the Jewish faith, would be subject to persecution in that country because of his religion.

CHARGE:

Order: Act of 1952—Section 241(a)(2) [8 U.S.C. 1251(a)(2)]—Exchange visitor—remained longer.

The special inquiry officer found respondent deportable upon the ground stated above, but under section 243(h) of the Act granted his application for withholding deportation to the United Arab Republic (Egypt). The special inquiry officer found that respondent, a person of the Jewish faith would be subject to persecution in the United Arab Republic because of his religion. He certified his order to the Board because the phrase "persecution on account of race, religion, or political opinion" had not been construed by the Board.

We believe the special inquiry officer properly found that the record established that a government campaign of discrimination was responsible for the departure of some 37,000 Jews from Egypt since 1954, leaving only between 3,000 and 4,000, including many who are aged and ill. In addition, evidence that the Medical Association of Egypt had directed the Egyptian populace to refrain from consulting Jewish surgeons and physicians for any cause, and that Jewish professional men have been dropped from the rolls of professional societies, establishes respondent would face persecution in Egypt because of his religion.

ORDER: It is ordered no change be made in the order of the special inquiry officer.